# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICKI BOYD, | Case No. 2:14-CV-1775 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS DETENTION CENTER, | |
| Defendant(s). | |

Presently before the court is *Boyd v. Las Vegas Detention Center*, case number 2:14-cv-01775-JCM-VCF.

On October 14, 2014, the court issued an order adopting Magistrate Judge Ferenbach's report and recommendation. (ECF No. 4). The court ordered the complaint be dismissed with leave to amend, and granted plaintiff thirty days from the issuance of the order to file an amended complaint. *Id.* Plaintiff did not file an amended complaint.

Six months later, on June 3, 2015, plaintiff filed a notice of appeal with the Ninth Circuit. (ECF No. 5). On July 29, 2015, the Ninth Circuit dismissed plaintiff's appeal. (ECF No. 7). On September 9, 2015, this court issued an order on mandate dismissing plaintiff's notice of appeal. (ECF No. 10). Since that date, no party has submitted any filings to the court.

As plaintiff did not file an amended complaint, and the Ninth Circuit dismissed plaintiff's appeal, the court will dismiss the case for want of prosecution.

Accordingly,

IT IS SO ORDERED.

DATED December 29, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**